## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**ERIC ROGERS,**

     **Plaintiff**                                  **Case Number: 0:23-cv-61059-RKA**

**V.**

**FOOD CAPITAL LLC.**

     **Defendant**

_____/

### <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of

dismissal of this action with prejudice as to Defendant and, unless otherwise agreed, each party

shall bear their own attorney's fees and costs.

                                    Respectfully submitted,

Dated: July 17, 2023                          */s/ Alberto R. Leal*.
                                        Alberto R. Leal, Esq., P.A.
                                        Florida Bar No.: 1002345
                                        E-Mail: albertolealesq@gmail.com
                                        Phone: 954-637-1868