UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-61059-ALTMAN/Hunt

ERIC ROGERS,

      *Plaintiff*,

*v.*

FOOD CAPITAL, LLC,

      *Defendant*.

_____/

## ORDER OF DISMISSAL

The Plaintiff filed a Notice of Dismissal with Prejudice [ECF No. 8] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 17, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record